IN THE COURT UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO, EASTERN DIVISION

| | |
|---|---|
| **DESHLER GROUP,** | **CASE NO.:   2:13-CV-0967** |
| PLAINTIFF, | JUDGE FROST |
| VS. | MAGISTRATE JUDGE KING |
| **PLANET MACHINERY CO. et al.,** | |
| DEFENDANTS. | |

## NOTICE OF PROVIDING INITIAL DISCLOSURES BY PLAINTIFF DESHLER GROUP

Now comes Plaintiff Deshler Group, Inc. and hereby certifies to this Court that on December 5, 2013, it has served upon Defendant Planet Machinery the initial disclosures required by Fed. R. Civ. P. 26(a)(1).

Respectfully submitted,

*/s/Douglas J. Suter*
Douglas J. Suter          (0040288)
E-mail:  dsuter@hanlaw..com
**HAHN, LOESER + PARKS**
65 East State Street, Suite 1400
Columbus, Ohio  43215
Telephone:     (614) 221-0240
Fax:               (614) 221-5909
*Trial Attorney for Plaintiff Deshler Group, Inc.*

- 1 -

5977785.1

- 2 -

## CERTIFICATE OF SERVICE

      I hereby certify that on the 10th day of DECEMBER, 2013, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Gregory Beck (0018260)
Baker Dublikar Beck Wiley & Mathews
400 South Main Street
N. Canton, OH  44720
beck@bakerfirm.com

                      */s/ Douglas J. Suter*
                      DOUGLAS J. SUTER    (0040288)