**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

**DESHLER GROUP, INC.,**

    **Plaintiff,**

  **v.**

**PLANET MACHINERY CO., et al.,**

    **Defendants.**

**Case No. 2:13-cv-967
JUDGE GREGORY L. FROST
Magistrate Judge Norah McCann King**

## ORDER

In light of the reported settlement of this case, the Court **DIRECTS** the Clerk to terminate as moot the pending motion for summary judgment.  (ECF No. 16.)

    **IT IS SO ORDERED.**

                                        /s/ Gregory L. Frost
                                        GREGORY L. FROST
                                        UNITED STATES DISTRICT JUDGE